IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
BRADLEY WAYNE STOKES,        )
                             )
     Petitioner,             )
                             )        CIVIL ACTION NO.
     v.                      )         3:16cv569-MHT
                             )              (WO)
UNITED STATES OF AMERICA,    )
                             )
     Respondent.             )
```

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that petitioner Bradley Wayne Stokes's motion to dismiss (doc. no. 7) is granted and that the petition for habeas relief (doc. no. 2) is dismissed without prejudice.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of August, 2016.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**